IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DANAN GABALDON,**

    Plaintiff,

v.           17cv751 MV-SCY

**THE CITY OF ALBUQUERQUE;
ALBUQUERQUE POLICE DEPARTMENT
DETECTIVE KEVIN SANCHEZ, in his individual
Capacity, and, DETECTIVE ADRIAN MONTOYA,**
in his individual capacity,

    Defendants.

## JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CITY OF ALBUQUERQUE

**COME NOW,** Plaintiff Danan Gabaldon, by and through his attorney, Joseph P. Kennedy, Kennedy, Kennedy, and Ives, P.C. and Defendant City of Albuquerque, by and through its attorney, Deputy City Attorney Stephanie M. Griffin, and pursuant to Fed. R. Civ. P. 41(a)(2), hereby move to dismiss all of Plaintiff's claims filed in the complaint against Defendant City of Albuquerque with prejudice. As grounds, Plaintiff and Defendant City of Albuquerque state that they have mutually agreed to a resolution of this case which includes an agreement that all parties bear their own costs and attorneys' fees.

**WHEREFORE**, the parties pray for an order granting the relief requested herein.

    Respectfully submitted:

    <u>Approved via email on August 6, 2018</u>
    Joseph P. Kennedy
    KENNEDY, KENNEDY, & IVES
    1000 2nd Street NW
    Albuquerque, New Mexico 87102
    (505) 244-1400/ Fax (505) 244-1406

    *Attorneys for Plaintiff*

CITY OF ALBUQUERQUE
OFFICE OF THE CITY ATTORNEY

*/s/ Stephanie M. Griffin, Deputy City Attorney*
P.O. Box 2248
Albuquerque, NM  87103
(505) 768-4500

*Attorney for Defendants*