IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DANAN GABALDON,**

    **Plaintiff,**

**v.**                                    **17cv751  MV-SCY**

**THE CITY OF ALBUQUERQUE;
ALBUQUERQUE POLICE DEPARTMENT
DETECTIVE KEVIN SANCHEZ, in his individual
Capacity, and, DETECTIVE ADRIAN MONTOYA,
in his individual capacity,**

    **Defendants.**

## ORDER DISMISSING PLAINTIFF'S COMPLAINT AGAINST THE CITY OF ALBUQUERQUE

    **THIS MATTER** having come before the Court on the parties' Joint Motion to Dismiss Plaintiff's complaint against the City of Albuquerque, and the Court being fully advised in the premises, **FINDS** that good cause exists for the entry of an order dismissing the complaint with prejudice against the City of Albuquerque based upon the agreement of the parties.

    **THEREFORE IT IS ORDERED, ADJUDGED AND DECREED:**

    Plaintiff's claims set forth in the complaint against Defendant City of Albuquerque are dismissed with prejudice.

_____
**HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE**

**SUBMITTED AND APPROVED BY:**

CITY OF ALBUQUERQUE
OFFICE OF THE CITY ATTORNEY

/s/ Stephanie M. Griffin, Deputy City Attorney
P.O. Box 2248
Albuquerque, NM  87103
(505) 768-4500

*Attorney for Defendants*

**APPROVED BY:**

Approved via email on August 6, 2018
Joseph P. Kennedy
KENNEDY, KENNEDY, & IVES
1000 2nd Street NW
Albuquerque, New Mexico 87102
(505) 244-1400/ Fax (505) 244-1406

*Attorneys for Plaintiff*